UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILHELMINA M. LEONARD,

        Plaintiff,

vs.

Case No. 14-CV-11946
HON. GEORGE CARAM STEEH

U.S. FEDERAL GOVERNMENT,

        Defendant.
_____/

**ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS AND DISMISSING CASE PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)(i)**

Plaintiff Wilhelmina M. Leonard, proceeding pro se, has filed suit against the United States government. Based upon the information in the Application to Proceed in Forma Pauperis, the court grants plaintiff in forma pauperis status pursuant to 28 U.S.C. § 1915. For the reasons that follow, however, the court dismisses plaintiff's complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff's complaint is based upon unintelligible allegations against defendant. Plaintiff does not allege sufficient facts to make out any legally cognizable action over which this court might have jurisdiction. The court, therefore, finds that plaintiff's claims are frivolous because they lack an arguable basis in law or fact.

IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

-1-

Based on the preceding order, this court certifies that any appeal from this decision would be frivolous, not in good faith and, therefore, pursuant to 28 U.S.C. § 1915(a)(3), may not be taken in forma pauperis.

So ordered.

Dated: May 23, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 23, 2014, by electronic and/or ordinary mail and also on Wilhelmina M Leonard, 460 Fox Hills Dr. S. #4, Bloomfield Hills, MI 48304.

s/Barbara Radke
Deputy Clerk